```
 1                UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3                           ---

 4

 5   THE HONORABLE STEPHEN V. WILSON, U.S. DISTRICT JUDGE PRESIDING

 6

 7   GABRIEL FELIX MORAN,           )
                                    )
 8            Plaintiff,            )
                                    )
 9      vs.                         )  No. CV 2012-5808-SVW
                                    )
10                                  )
     THE SCREENING PROS, LLC,       )
11   ET AL.,                        )
                                    )
12            Defendants.           )
     _____)
13

14

15

16           REPORTER'S TRANSCRIPT OF PROCEEDINGS

17                 LOS ANGELES, CALIFORNIA

18                MONDAY, NOVEMBER 19, 2012

19

20

21

22   _____

23            DEBORAH K. GACKLE, CSR, RPR
                United States Courthouse
24         312 North Spring Street, Room 402A
              Los Angeles, California 90012
25                  (213) 620-1149
```

**APPEARANCES OF COUNSEL:**

**For the Plaintiff:**

    Devin H Fok
    Law Offices of Devin H Fok
    PO Box 7165
    Alhambra, CA 98102-7165
    310-430-9933
    Fax: 323-563-3445
    Email: devin@devinfoklaw.com

    Joshua Eunsuk Kim
    A New Way of Life Reentry Project
    P.O.Box 875288
    Los Angeles, CA 90087
    323-563-3575
    Fax: 323-563-3445
    Email: joshua@anewwayoflife.org

**For the Defendants:**

    Michael J Saltz
    Colby Petersen
    Jacobson Russell Saltz & Fingerman LLP
    10866 Wilshire Boulevard Suite 1550
    Los Angeles, CA 90024
    310-446-9900
    Fax: 310-446-9909
    Email: cpetersen@jrsfllp.com

                - - - - -

1      **LOS ANGELES, CALIFORNIA; MONDAY, NOVEMBER 19, 2012;**

2                            **2:18 P.M.**

3                            **- - - - -**

4

5           THE CLERK:  Item 14, CV 2012-5908-SVW, Gabriel Felix

6   Moran v. The Screening Pros, LLC, et al.

7           Counsel, please state your appearances.

8           MR. SALTZ:  Good afternoon, Your Honor.  Michael

9   Saltz on behalf of The Screening Pros.

10          MR. PETERSEN:  Good afternoon, Your Honor.  Colby

11  Petersen on behalf of defendant, The Screening Pros.

12          MR. FOK:  Good afternoon, Your Honor.  Devin Fok for

13  the plaintiff, Gabriel Moran.

14          MR. KIM:  Good afternoon, Your Honor.  Joshua Kim for

15  plaintiff.

16          THE COURT:  Are there any further arguments?  This is

17  the motion for reconsideration by the defendants, correct?

18          MR. SALTZ:  There's three motions, Your Honor.

19          THE COURT:  Yes.  Summary judgment, judgment on the

20  pleadings, and motion for reconsideration?

21          MR. SALTZ:  Correct; however, whatever order you

22  would like to take them in --

23          THE COURT:  But, I mean, I'm -- you've argued the

24  points.  I don't need re-argument.  I'm just wondering whether

25  there's a case or some authority that you want to bring to my

1  attention that you haven't already?
2         MR. SALTZ:  No, Your Honor.  We put in our papers
3  and particularly --
4         THE COURT:  All right.  What about the plaintiff?  Is
5  something you have haven't cited that you want to cite?
6         MR. KIM:  No, Your Honor.  With expect to motion for
7  reconsideration, we have nothing to add.
8         THE COURT:  Then I'm granting the three motions:  The
9  motion for reconsideration; the motion for summary judgment --
10 I strike that -- and denying the motion for judgment on the
11 pleadings.  I'll issue the order.
12        MR. KIM:  I'm sorry, Your Honor.  Can you clarify
13 that?
14        THE COURT:  I've ruled and I'll issue the order.
15 Thank you.
16        MR. KIM:  Which motion was granted and which was
17 denied?
18            (Proceedings concluded at 2:20 p.m.)
19                       - - - - -
20
21
22
23
24
25

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT
COURT REPORTER DEBORAH K. GACKLE

```
 1                      C E R T I F I C A T E

 2


 3        I hereby certify that the foregoing is a true and

 4   correct transcript from the stenographic record of

 5   the proceedings in the foregoing matter.

 6


 7                                    February 2, 2013

 8   /S/_____     _____

 9       Deborah K. Gackle                    Date
         Official Court Reporter
10       CSR No. 7106
```

## /

/S [1]  5/8

## 1

10866 [1]  2/20
1149 [1]  1/25
14 [1]  3/5
1550 [1]  2/20
19 [2]  1/18 3/1

## 2

2012 [2]  1/18 3/1
2012-5808-SVW [1]  1/9
2012-5908-SVW [1]  3/5
2013 [1]  5/7
213 [1]  1/25
2:18 P.M [1]  3/2
2:20 [1]  4/18

## 3

310-430-9933 [1]  2/8
310-446-9900 [1]  2/21
310-446-9909 [1]  2/22
312 [1]  1/24
323-563-3445 [2]  2/8 2/13
323-563-3575 [1]  2/13
3445 [2]  2/8 2/13
3575 [1]  2/13

## 4

402A [1]  1/24

## 6

620-1149 [1]  1/25

## 7

7106 [1]  5/10
7165 [2]  2/7 2/7

## 8

875288 [1]  2/12

## 9

90012 [1]  1/24
90024 [1]  2/21
90087 [1]  2/12
98102-7165 [1]  2/7
9900 [1]  2/21
9909 [1]  2/22
9933 [1]  2/8

## A

about [1]  4/4
add [1]  4/7
afternoon [4]  3/8 3/10 3/12 3/14
al [2]  1/11 3/6
Alhambra [1]  2/7
All [1]  4/4
already [1]  4/1
anewwayoflife.org [1]  2/14
ANGELES [5]  1/17 1/24 2/12 2/21 3/1
any [1]  3/16
appearances [2]  2/1 3/7
Are [1]  3/16
argued [1]  3/23
argument [1]  3/24
arguments [1]  3/16
at [1]  4/18
attention [1]  4/1
authority [1]  3/25

## B

behalf [2]  3/9 3/11

Boulevard [1]  2/20
Box [1]  2/7
bring [1]  3/25
But [1]  3/23

## C

CA [3]  2/7 2/12 2/21
CALIFORNIA [4]  1/2 1/17 1/24 3/1
Can [1]  4/12
case [1]  3/25
CENTRAL [1]  1/2
certify [1]  5/3
cite [1]  4/5
cited [1]  4/5
clarify [1]  4/12
Colby [2]  2/19 3/10
concluded [1]  4/18
correct [3]  3/17 3/21 5/4
COUNSEL [2]  2/1 3/7
COURT [2]  1/1 5/9
Courthouse [1]  1/23
cpetersen [1]  2/22
CSR [2]  1/23 5/10
CV [2]  1/9 3/5

## D

Date [1]  5/9
DEBORAH [2]  1/23 5/9
defendant [1]  3/11
defendants [3]  1/12 2/17 3/17
denied [1]  4/17
denying [1]  4/10
devin [4]  2/6 2/6 2/9 3/12
devinfoklaw.com [1]  2/9
DISTRICT [3]  1/1 1/2 1/5
don't [1]  3/24

## E

Email [3]  2/9 2/14 2/22
et [2]  1/11 3/6
Eunsuk [1]  2/11
expect [1]  4/6

## F

Fax [3]  2/8 2/13 2/22
February [1]  5/7
FELIX [2]  1/7 3/5
Fingerman [1]  2/20
Fok [3]  2/6 2/6 3/12
foregoing [2]  5/3 5/5
further [1]  3/16

## G

GABRIEL [3]  1/7 3/5 3/13
GACKLE [2]  1/23 5/9
Good [4]  3/8 3/10 3/12 3/14
granted [1]  4/16
granting [1]  4/8

## H

have [2]  4/5 4/7
haven't [2]  4/1 4/5
hereby [1]  5/3
Honor [8]
HONORABLE [1]  1/5
however [1]  3/21

## I

I'll [2]  4/11 4/14
I'm [4]  3/23 3/24 4/8 4/12
I've [1]  4/14
in [3]  3/22 4/2 5/5
is [3]  3/16 4/4 5/3
issue [2]  4/11 4/14

Item [1]  3/5

## J

Jacobson [1]  2/20
joshua [3]  2/11 2/14 3/14
jrsfllp.com [1]  2/22
JUDGE [1]  1/5
judgment [4]  3/19 3/19 4/9 4/10
just [1]  3/24

## K

Kim [2]  2/11 3/14

## L

Law [1]  2/6
Life [1]  2/11
like [1]  3/22
LLC [2]  1/10 3/6
LLP [1]  2/20
LOS [5]  1/17 1/24 2/12 2/21 3/1

## M

matter [1]  5/5
mean [1]  3/23
Michael [2]  2/19 3/8
MONDAY [2]  1/18 3/1
MORAN [3]  1/7 3/6 3/13
motion [7]
motions [2]  3/18 4/8
my [1]  3/25

## N

need [1]  3/24
New [1]  2/11
No [4]  1/9 4/2 4/6 5/10
North [1]  1/24
nothing [1]  4/7
NOVEMBER [2]  1/18 3/1

## O

Offices [1]  2/6
Official [1]  5/9
on [4]  3/9 3/11 3/19 4/10
or [1]  3/25
order [3]  3/21 4/11 4/14
our [1]  4/2

## P

p.m [2]  3/2 4/18
P.O.Box [1]  2/12
papers [1]  4/2
particularly [1]  4/3
Petersen [2]  2/19 3/11
plaintiff [5]  1/8 2/4 3/13 3/15 4/4
pleadings [2]  3/20 4/11
please [1]  3/7
PO [1]  2/7
points [1]  3/24
PRESIDING [1]  1/5
proceedings [3]  1/16 4/18 5/5
Project [1]  2/11
PROS [4]  1/10 3/6 3/9 3/11
put [1]  4/2

## R

re [1]  3/24
re-argument [1]  3/24
reconsideration [4]  3/17 3/20 4/7 4/9
record [1]  5/4
Reentry [1]  2/11
Reporter [1]  5/9
REPORTER'S [1]  1/16
right [1]  4/4
Room [1]  1/24

**R**
RPR [1]  1/23
ruled [1]  4/14
Russell [1]  2/20

**S**
Saltz [3]  2/19 2/20 3/9
SCREENING [4]  1/10 3/6 3/9 3/11
some [1]  3/25
something [1]  4/5
sorry [1]  4/12
Spring [1]  1/24
state [1]  3/7
STATES [2]  1/1 1/23
stenographic [1]  5/4
STEPHEN [1]  1/5
Street [1]  1/24
strike [1]  4/10
Suite [1]  2/20
summary [2]  3/19 4/9
SVW [2]  1/9 3/5

**T**
take [1]  3/22
Thank [1]  4/15
that [6]
them [1]  3/22
Then [1]  4/8
there [1]  3/16
there's [2]  3/18 3/25
This [1]  3/16
three [2]  3/18 4/8
transcript [2]  1/16 5/4
true [1]  5/3

**U**
U.S [1]  1/5
UNITED [2]  1/1 1/23

**W**
want [2]  3/25 4/5
was [2]  4/16 4/16
Way [1]  2/11
we [2]  4/2 4/7
What [1]  4/4
whatever [1]  3/21
whether [1]  3/24
which [2]  4/16 4/16
Wilshire [1]  2/20
WILSON [1]  1/5
wondering [1]  3/24
would [1]  3/22

**Y**
Yes [1]  3/19
you [7]
you've [1]  3/23
your [9]